FILED
2007 Aug-07  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:07-cv-892-JHH |
| BOWIE RIVER CONSTRUCTION, INC.; BOWIE RIVER FOREST PRODUCTS, INC.; and ORVILLE M. LISTER, | ) ) ) | |
| DEFENDANTS. | ) | |

**MEMORANDUM OF DECISION**

On July 11, 2007 the court entered the default (Doc. #9) of each of the three defendants, Bowie River Construction, Inc., Bowie River Forest Products, Inc., and Orville M. Lister, with leave to plaintiff to prove damages. The court has before it the motion for default judgment (Doc. #10), and also the notice of filing of evidentiary materials (Doc. #11), both filed July 12, 2007. By virtue of the default, each of such three defendants has admitted each relevant factual allegation in the complaint. Those relevant factual allegations establish that plaintiff is entitled under Count Two to recover from the three defendants, separately and

severally, Three Hundred Twenty Three Thousand Three Hundred Eighty Nine and 95/100 Dollars ($323,389.95).  The court is aware that the motion for default judgment seeks a judgment in a larger amount, which amount is mentioned in the affidavit which is a part of the notice (Doc. #11) filed July 12, 2007.  Such material, however, is insufficient to justify a judgment in any amount above the amount justified by the undisputed and admitted facts in the complaint.

A separate final judgment will be entered.

**DONE** this the   7th   day of August, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE